No. 229. AMIOT, GUARDIAN, ET AL. *v.* KANSAS CITY LIFE INSURANCE CO. October 14, 1940. Petition for

writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick T. Harward* for petitioners. *Mr. Oscar C. Hull* for respondent. 